# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

United States of America
v.
CHARLES A. ROARK

Case No: 05-04036-01-CR-C-SOW
USM No: 18245-045

Date of Original Judgment: 08/09/2006
Date of Previous Amended Judgment: 12/18/2008
*(Use Date of Last Amended Judgment if Any)*

STEVE MOSS, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Ct. 6 - 130 months; Ct. 9* months **is reduced to** Ct. 6: 110 months, Ct. 9: 120** .

*(Complete Parts I and II of Page 2 when motion is granted)*

*120 months, concurrent (non-drug count)

**months, concurrent (non-drug count)

Except as otherwise provided, all provisions of the judgment dated 08/08/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/18/2011     s/ NANETTE LAUGHREY
*Judge's signature*

Effective Date:     NANETTE LAUGHREY, United States District Judge
*(if different from order date)*     *Printed name and title*